IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JANIE D. COBB, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-226-MEF |
| ) | WO |
| STATE OF ALABAMA, DEPARTMENT ) | |
| OF HUMAN RESOURCES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

It is hereby ORDERED that this Court's Order adopting in part and rejecting in part the Recommendation of the Magistrate Judge (Doc. #19) entered on October 7, 2009 is VACATED.

DONE this the 7th day of October, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE