IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JANIE D. COBB, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-0226-MEF |
| ) | |
| ALABAMA DEPT. OF HUMAN ) | |
| RESOURCES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On December 15, 2009, the Magistrate Judge filed a Recommendation (Doc. #33) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendants' Motion to Dismiss or in the Alternative, for More Definite Statement (Doc. #28) is DENIED insofar as it seeks dismissal of the complaint but GRANTED as to the request for a more definite statement.

3. Plaintiff's Motion to Amend Her Amended Complaint (Doc. #31) is GRANTED and plaintiff's proposed amended complaint, attached to the Motion to Amend, should be docketed as plaintiff's third amended complaint and defendants shall file their answer or other pleading in response to the third amended complaint as directed by the Federal Rules

of Civil Procedure.

DONE this the 7th day of January, 2010.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE