IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE D. COBB, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-226-MEF |
| | ) |
| STATE OF ALABAMA, DEPARTMENT | ) |
| OF HUMAN RESOURCES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On April 30, 2010, the Magistrate Judge filed a Recommendation (Doc. #58) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendants' Motion to Dismiss (Doc. #45) the individually-named defendants in their individual and official capacities is GRANTED.

3. Defendants Nancy Buckner, Craig Nelson, Thomas King, Vera Warren and Charles Johnson are DISMISSED as defendants in this suit.

4. Plaintiff's motion for leave to amend complaint (Doc. #52) is DENIED.

5. This matter is referred back to the Magistrate Judge for further appropriate proceedings.

DONE this the 24th day of May, 2010.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE